# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESTINY KING and MEREDITH BEYERS, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:17-1764 |
| v. | : (JUDGE MANNION) |
| EAST STROUDSBURG SCHOOL DISTRICT and ADAM GANGAWARE, | : |
| Defendants | : |

## ORDER

For reasons stated in the court's memorandum issued this same day, the defendants' motion for summary judgment (Doc. 17), is **DENIED**. The case will be scheduled for trial in a separate order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 21, 2020**
17-01764.dox